IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CIVIL NO. 4:12-MC-28 |
| v. | § | |
| | § | |
| MICHAEL EBAUGH, MD, | § | |
|     Defendant. | § | |

## SATISFACTION OF JUDGMENT

The judgment debt in the above-entitled case has been satisfied. The Clerk of the United States District Court for the Eastern District of Texas is hereby empowered to cancel said judgment of record.

    Respectfully submitted,

    DAMIEN M. DIGGS
    UNITED STATES ATTORNEY

    */s/ Robert Austin Wells*
    Robert Austin Wells
    Assistant United States Attorney
    State Bar No. 24033327
    110 N. College, Suite 700
    Tyler, Texas 75702
    Tel:   (903) 590-1400
    Fax:  (903) 590-1437
    Email: robert.wells3@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify on the 3rd day of December 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record and by the United States Postal Service, First Class Mail, to:

Michael Ebaugh, MD
15535 Leavalley Cir.
Dallas, Texas 75248

                                        */s/ Robert Austin Wells*
                                        ROBERT AUSTIN WELLS
                                        Assistant United States Attorney